UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN M. LEE,<br><br>　　　　　　　　Plaintiff,<br>v.<br>WALTER A. DODS, JR., *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:13-cv-01779-MMD-GWF<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

　　　　Before the Court is the Report and Recommendation of United States Magistrate Judge George Foley, Jr. ("R&R") (dkt. no. 2) recommending the Court dismiss Plaintiff Robin M. Lee's Complaint. Objections were due by March 29, 2014, but no objection was filed.

　　　　This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

employed by the district court when reviewing a report and recommendation to which no objections were made); see also Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. See, e.g., Johnstone, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a de novo review to determine whether to adopt the R&R. The R&R recommends dismissal of the Complaint with prejudice because the Complaint is "premised on irrational, wholly incredible, and frivolous fact scenarios" and cannot be cured by amendment. (Dkt. no. 2 at 2.) The Court agrees. Upon the review of the filings and the record, the Court determines that the R&R should be adopted and the Complaint dismissed.

It is therefore ordered that the Report and Recommendation of Magistrate Judge George Foley, Jr. ("R&R") (dkt. no. 2) is accepted and adopted in its entirety. The Complaint is dismissed with prejudice.

The Clerk is ordered to close this case.

DATED THIS 27th day of June 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE